RECEIVED
JUN 1 4 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Form 4

# In The United States District Court
## Northern District of Iowa

JAMES C. Tyson Sr.

(Enter above the full name of the Plaintiff or Plaintiffs in this action.)

vs.

**COMPLAINT**

Anamosa State Penitentiary Classification Committee and Warden of Treatment

(Enter above the full name of the Defendant or Defendants in this action, if known.)

(NOTE: if there is more than one plaintiff, a separate sheet should be attached giving the information in parts I and II below foe each plaintiff, by name.)

I.  Previous Lawsuits

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts Involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

  B.  If your answer to A is YES, please answer the questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiffs _____

      Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket number _____

4. Name of judge whom case was assigned _____

5. Disposition, if known (For example: was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of Present Confinement Anamosa STATE Pentitentiary

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the fact relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? I filed grievance complaint 2 to be exact

2. What was the results? Cindy Wolmutt states that nothing can be done. Because I appealed classification decsion to -WARDEN OF TREATMENT TRacey Dietsch

D. If your answer is No, explain why not _____

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second bank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff JAMES Charles Tyson Sr.
   Address 406 North High Street, Anamosa, Iowa 52205

B. Additional Plaintiffs _____

In item C below, place the full name of the defendant in the first blank, his official position in the second blank. Use item D for the name, positions, and places of employment of any additional defendants.

C. Defendant **Classification Committee Team** is employed as **A.S.P. Professionals** at **Anamosa STATE Penitentiary**

D. Additional Defendant(s) are/is employed as _____ at _____

## IV. Jurisdiction

This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343 (a) (3). Plaintiff(s) allege(s) that the defendant(s) acted under color of state law with regard to the facts stated in Part V of this complaint.

## V. State of Claim

State here as briefly as possible the FACTS of your case. You MUST state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet if necessary, and write the heading PART V CONTINUED at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.

Anamosa STATE Penitentiary classification committee will not place me back in General Population Special Needs Unit I was found guilty of 2 Disciplinary Major Reports rule violations THREATS And intimidation inmate Blake Blume was found guilty of same rule violation and was given same Disciplinary sanction I was given 15 days D.D. lock up time classification committee let him go back to G.P. Special Needs unit after he completed his Disciplinary Detention time my D.D. time was also completed and the classification committee did not let me out of lockup same rule violations 2 inmates different character partiality has been shown on employees part as being professional employees I've been I lock up since March 31st 2021 way pass my Disciplinary sanction that the ALJ has issued me to do Today is 5-26-2021 I was only suppose to do 25 days and be placed back in General Population Special NEEDS Unit THEY placed me on administrative segregation for No apparent reason

## VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for the court to rule judgment in my favor monetary Damages of 40 million dollars or what they deem as just

_____
_____
_____
_____

VII. Statement Regarding Assistance in Preparing This Complaint

    A. Did any person other than a named plaintiff in this action assist you in preparing this complaint?
       YES ( )   NO (✓)

    B. If your answer is YES, name the person who assisted you.
    _____

    C. Signature of person who helped you prepare complaint

    _____    _____
        (Date)                            (Signature)

VIII. Signature(s) of Plaintiff(s)

Signed this 26th day of May, 2021

*James Charles Tyson Sr.*
(Signature)

Signatures of additional Plaintiffs, if any:
_____
_____
_____
_____

**Confidential**

# DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE COMPLAINT

Grievance No. **50245**
(For Grievance Officer Use Only)

**Your grievance will be returned unprocessed if all the information is not completed.**

Name: JAMES TYSON   Date: 5-19-2021
Number: 1035241 D Ducker   Housing Unit: A
Date of Incident: 5-19-2021

I consider this grievance to be:  ☐ Standard   ☑ Emergency

**Description of Problem:**

Inmate Blake Blume has an ALJ Decision on his threats and intimidation Disciplinary report. The ALJ gave him 15 days D.D. he gets out 5-23-2021 classification committee did not place him in administrative Segregation status Program he just got out of Lockup for threats and intimidation. I got 25 days D.D. for my threats and intimidation reports I had 2 Reports And classification committee put me on Administrative Segregation after I done my D.D. time why is he getting different treatment From my threats and intimidation Reports

(Attach additional sheets if necessary)

**Documentation of Informal Resolution Attempt:** You must have attempted to resolve informally with an appropriate staff prior to filing a formal grievance.
Have you attempted to resolve this issue informally? ☑ Yes   ☐ No
Name of staff member with whom you attempted to resolve informally: Captian Kolker
Date of informal resolution attempt: 5-10-2021
Form of communication (kite, face-to-face meeting, etc.): FACE TO FACE
Reason the informal resolution was not successful: Captian Kolker advise me to appeal classification Committee review 9 days ago I appealed to Ms. Dietsch and also filed grievance complaint but nothing Has Been done This is my 2nd Grievance complaint

JAMES TYSON   5-19-2021
Grievant Signature   Date

Action Requested by Offender: I would like to be placed back in General Population Special Needs like other inmates

Cindy Wolmutt   5/28/21
Grievance Officer Receipt   Date

Effective: June 2010   IO-OR-06 F-1

Anamosa STATE Pentitentiary classification Committee took me off special needs status for no apparent reason

I'm classified as medium security but they transferred me to a MAXimum Security prison

Iowa STATE Pentitentiary does not have special needs unit for mental Health inmates

EVERY Since They took me OFF special Needs mental Health status my Paranoia increased

I think hard all day because of my medical condition

I've tried to reason with A.S.P. classification Committee and PREA organization, Victim RESTORATION organization IN DES Moines Iowa

I don't Know the reason I was took OFF special needs status

Dr. Keller OF I.M.C.C. never Gave them permission to remove me from Special Needs status

I never said I would like to be removed from special needs status but A.S.P. classification committee took me off Any way and transferred me TO Iowa STATE Pentitentiary Maximum Security where there is no mental Health Unit

I'm diagnoised as paranoid schizophrenic/Manic Depressant

IOWA STATE PENITENTIARY
Box 316
Fort Madison, Iowa 52627

JAMES Tyson Sr.
# 1035241

U.S. POSTAGE >> PITNEY BOWES
ZIP 52627 $ 000.91⁰
02 4W
0000372345 JUN 09 2021

United States District CourtHouse
123 EAST WAlnut street suite 300
Des Moines, Iowa 50309

"X-RAYED & CLEARED BY U.S.M.S"